THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHRIST PAPPAS, Appellant.

Submitted May 19, 1941; decided May 29, 1941.

*Thomas E. Dewey, District Attorney* (*Whitman Knapp* of counsel), for motion.

*Max Epstein* opposed.

Motion denied on condition that appellant file return within thirty days from the date of this decision, and is ready for argument at the October, 1941, session of this court.